**Order entered May 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00470-CV

**CHIRON POINT INVESTMENTS FUND I, LLC, Appellant**

**V.**

**SCOTT H. HOWARD, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09150**

## ORDER

We **GRANT** the May 13, 2014 motion of Diane Robert, Official Court Reporter for the 14th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **June 2, 2014**.

We **DIRECT** the clerk of this Court to send a copy of this order, by electronic transmission, to Ms. Robert and all counsel of record.

/s/     ADA BROWN
        JUSTICE